# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

      VS                                       CASE NO.  3:99cr98/RV

FREDERICK NELAMS, JR.

## REFERRAL AND ORDER

Referred to Judge Vinson on  01/25/2006
Type of Motion/Pleading MOTION FOR CLARIFICATION
Filed by: Defendant Nelams      on 1/9/06      Doc. No. 47
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
Government                on 1/24/06     Doc. No. 48
_____ on _____ Doc. No. _____
                       WILLIAM M. McCOOL, CLERK OF COURT

                       /s/ V. Harmon
                       Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this  25th  day of
 January              , 2006, that:
(a)  The requested relief is GRANTED.
(b)  See the Government's Response (doc.48).

                       /s/ Roger Vinson
                       ROGER VINSON
                       SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                       Document No.